# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>People of the State of New York<br><br>v.<br><br>Donald J. Trump | **DISTRICT**<br>SDNY | **DOCKET NUMBER**<br>23-cv-3773 |
| | **JUDGE**<br>Hon. Alvin Hellerstein | **APPELLANT**<br>Donald J. Trump |
| | **COURT REPORTER**<br>Sadie Herbert | **COUNSEL FOR APPELLANT**<br>Todd Blanche |

**Check the applicable provision:**

☑ I am ordering a transcript.

☐ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☐ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

Hearing on 6/27/2023

**METHOD OF PAYMENT**  ☑ Funds  ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☑ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Gedalia M. Stern
NechelesLaw LLP
1120 6TH Ave., 4th Floor
New York NY 10036
gstern@necheleslaw.com
212-997-7400

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Todd Blanche | 8/10/23 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| 8/10/23 | | 92 |
| **SIGNATURE OF COURT REPORTER** | | **DATE** |
| /s/ Southern District Court Reporters | | 8/14/23 |

Revised June, 2017