**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: August 15, 2023<br>Docket #: 23-1085cv<br>Short Title: People of the State of New York v. Trump | DC Docket #: 23-cv-3773<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Hellerstein |

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.