# Necheles Law, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia Stern  
gms@necheleslaw.com  
212-997-7400

August 29, 2023

**Via ECF**  
Catherine O'Hagan Wolfe  
Clerk of Court  
Court of Appeals for the Second Circuit  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

   Re: *People of the State of New York v. Donald J. Trump*, 23-1085

Dear Clerk of Court:

  We respectfully write, pursuant to Local Rule 31.2(a)(1)(A), to inform the Court that Appellant Donald J. Trump will file his brief in this case on or before November 15, 2023.

  We also note that we received the transcript of the June 27th hearing in the District Court on August 17.

          Respectfully submitted,

          /s/

          Gedalia M. Stern