UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-three,

_____

People of the State of New York,

    Plaintiff - Appellee,

v.

Donald J. Trump,

    Defendant - Appellant.

_____

**ORDER**
Docket No: 23-1085

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 15, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before November 15, 2023. The appeal is dismissed effective November 15, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court