UNITED STATES COURT OF APPEAL
FOR THE SECOND CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>- against -<br><br>DONALD J. TRUMP,<br><br>Defendant. | Docket # 23-1085<br><br>**Dismissal of Appeal** |

Donald J. Trump, by and through undersigned counsel, respectfully moves this Court, pursuant to FRAP 42(b), to dismiss his appeal in this case. Upon information and belief, to date the government has not borne any costs in this matter.

Respectfully submitted,

Dated:     November 14, 2023
           New York, New York

Gedalia Stern                          By: /s/ Todd Blanche
Susan R. Necheles                      Todd Blanche
NechelesLaw LLP                        Emil Bove
1120 6th Ave., 4th Floor               Blanche Law PLLC
New York NY 10036                      99 Wall Street, Suite 4460
212-997-7400                           New York, NY 10005
gstern@necheleslaw.com                 212-716-1260
                                       toddblanche@blanchelaw.com

                                       *Attorneys for President Donald J. Trump*