UNITED STATES COURT OF APPEAL
FOR THE SECOND CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>- against -<br><br>DONALD J. TRUMP,<br><br>                       Defendant. | Docket # 23-1085<br><br>**NOTICE OF MOTION TO DISMISS APPEAL** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Gedalia M. Stern, dated November 14, 2023, Donald J. Trump, by his counsel Blanche Law PLLC and NechelesLaw LLP, will move this Court, pursuant to F.R.A.P. 42(b)(2), on a date and time to be set by the Court, for an Order dismissing the appeal in this case.

                                                                                Respectfully submitted,

Dated:      November 14, 2023
                New York, New York

| | |
|---|---|
| By: /s/ Gedalia Stern<br>Gedalia Stern<br>Susan R. Necheles<br>NechelesLaw LLP<br>1120 6th Ave., 4th Floor<br>New York NY 10036<br>212-997-7400<br>gstern@necheleslaw.com | Todd Blanche<br>Emil Bove<br>Blanche Law PLLC<br>99 Wall Street, Suite 4460<br>New York, NY 10005<br>212-716-1260<br>toddblanche@blanchelaw.com |

                                                   *Attorneys for President Donald J. Trump*

```
UNITED STATES COURT OF APPEAL
FOR THE SECOND CIRCUIT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PEOPLE OF THE STATE OF NEW YORK :
                                               :
                - against -                    :    Docket # 23-1085
                                               :
DONALD J. TRUMP,                               :
                                               :    DECLARATION OF GEDALIA M. STERN
                            Defendant.         :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## DECLARATION OF GEDALIA STERN

Gedalia M. Stern, pursuant to Title 28, United States Code, § 1746, hereby declares under penalty of perjury:

1. I am a partner at the law firm NechelesLaw LLP, attorneys for Donald J. Trump. This Declaration is submitted in support of his motion to dismiss the appeal in this case.

2. This Declaration is submitted upon personal knowledge or upon information and belief, the source of my knowledge being my review of court documents and discovery, and an independent investigation into the facts.

3. On July 28, we filed a Notice of Appeal, Dkt. #1, to appeal the decision of the Hon. Alvin Hellerstein, U.S.D.J., remanding this case to state court pursuant to 18 U.S.C § 1445.

4. The brief of the Defendant-Appellant Trump is currently due on November 15.

5. President Trump now moves this Court, through counsel, to dismiss this appeal, pursuant to F.R.A.P. 42(b)(2).

6. I have spoken to the People and they informed me that "they do not oppose voluntary dismissal with prejudice."

7. Upon information and belief, the People incurred no costs in this case.

-3-

Dated: November 14, 2023
      New York, N.Y.

By: \_\_\_\_\_/s_____

Gedalia M. Stern
NechelesLaw LLP
1120 6th Ave., 4th Floor
New York, NY 10036
(212) 997-7400
gstern@necheleslaw.com