# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1085

**Motion for:** dismissal

**Caption [use short title]**

PEOPLE OF THE STATE OF NEW YORK

v.

DONALD J. TRUMP

Set forth below precise, complete statement of relief sought:

To dismiss the appeal in this case

**MOVING PARTY:** Donald J. Trump  **OPPOSING PARTY:** People of State of New York

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Gedalia M. Stern   **OPPOSING ATTORNEY:** Matthew Collangelo

[name of attorney, with firm, address, phone number and e-mail]

NechelesLaw LLP | District Attorney of New York
1120 6th Ave., 4th Floor NYNY 10036 | 1 Hogan Place NY NY 10013
212-997-7400; GSTERN@NECHELESLAW.COM | colangelom@dany.nyc.gov; 212-335-9000

**Court- Judge/ Agency appealed from:** Judge Alvin Hellerstein, SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:** [signature]   **Date:** 11/14/23   Service: ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)