**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-three.

_____

People of the State of New York,

      Plaintiff - Appellee,

v.

Donald J. Trump,

      Defendant - Appellant.

_____

**ORDER**

Docket No. 23-1085

Appellant moves to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/15/2023